| | |
|---|---|
| 1  XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>2  CHRISTOPHER J. BECKER, State Bar No. 230529<br>Supervising Deputy Attorney General<br>3  KELLY A. SAMSON, State Bar No. 266927<br>Deputy Attorney General<br>   1300 I Street, Suite 125<br>   P.O. Box 944255<br>   Sacramento, CA 94244-2550<br>   Telephone: (916) 210-7317<br>   Fax: (916) 324-5205<br>   E-mail: Kelly.Samson@doj.ca.gov<br>*Attorneys for Defendants*<br>*Ralston, Myers, Neumann, Kanan, Cornish,*<br>*Adams, Singh, Kernan, Mitchell, Fontanilla,*<br>*and Hutchinson* | Felicia Medina, SBN 255804<br>Jennifer Orthwein, SBN 255196<br>Kevin Love Hubbard, SBN 290759<br>Medina Orthwein LLP<br>   1322 Webster Street, Suite 200<br>   Oakland, CA 94612<br>   Telephone: (510) 823-2040<br>   Fax: (510) 217-3580<br>   Email: fmedina@medinaorthwein.com<br>*Attorneys for Plaintiff Dotson* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **EDWINA DOTSON,**<br><br>                    Plaintiff,<br><br>     v.<br><br>**DARREL ADAMS, et al.,**<br><br>                    Defendants. | Case No.: 1:17-cv-01199-BAM (PC)<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO AMEND COMPLAINT OR OPPOSE MOTION TO DISMISS** |

The parties stipulate to extend the deadline for Plaintiff to amend the complaint under Federal Rule of Civil Procedure 15(a)(1)(B), or oppose Defendants' pending motion to dismiss (Doc. No. 14), until October 30, 2018.

**IT IS SO STIPULATED.**

*/ / /*

*/ / /*

*/ / /*

*/ / /*

*/ / /*

1

| | |
|---|---|
| Dated:  October 15, 2018 |     */s/ Kelly A. Samson*    .<br>Kelly A. Samson<br>Attorney for Defendants,<br>*Ralston, Myers, Neumann, Kanan, Cornish, Adams, Singh, Kernan, Mitchell, Fontanilla, and Hutchinson* |
| Dated:  October 15, 2018 |     */s/ Felicia Medina*    .<br>Felicia Medina<br>Attorney for Plaintiff,<br>*Dotson* |

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time to October 30, 2018 to amend the complaint under Federal Rule of Civil Procedure 15(a)(1)(B), or to oppose Defendants' pending motion to dismiss (Doc. No. 14).

IT IS SO ORDERED.

Dated: **October 15, 2018**     /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE