XAVIER BECERRA, State Bar No. 118517
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
KELLY A. SAMSON, State Bar No. 266927
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7317
  Fax:  (916) 324-5205
  E-mail:  Kelly.Samson@doj.ca.gov
*Attorneys for Defendants
Myers, Neumann, Kanan, Cornish, Adams,
California Correctional Health Care Services,
Singh, California Department of Corrections and
Rehabilitation, Kernan, Diaz, Mitchell, Fontanilla,
Carrick, Hutchinson, and Ralston*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **EDWINA DOTSON,** | 1:17-cv-01199 AWI-BAM |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| v. | |
| **CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, et al.,** | **ORDER DIRECTING CLERK OF COURT TO UPDATE DOCKET TO REFLECT VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS** |
| Defendants. | |

In exchange for waivers of service for the newly named Defendants, California

Correctional Health Care Services (CCHCS), California Department of Corrections and

Rehabilitation (CDCR), Dr. Carrick, Secretary Diaz[1], and Kelso, the parties have stipulated to

extend the responsive pleading deadline for all Defendants until January 7, 2019.

---

[1] Effective September 1, 2018, Secretary Diaz has assumed the position as Acting
Secretary of CDCR.  Under Federal Rule of Civil Procedure 25(d) Secretary Diaz is automatically
substituted in Secretary Kernan's place in this official capacity lawsuit.

The parties further stipulate that the parties who have been omitted from the First Amended Complaint, are dismissed without prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), including Defendants Myers, Neumann, Kanan, Cornish, Adams, Singh, Mitchell, Fontanilla, Hutchinson, and Ralston.

Based on these stipulations, the parties request that the Clerk terminate these omitted Defendants, as well as Secretary Kernan, from the docket.

**IT IS SO STIPULATED.**

Dated: November 13, 2018          ___/s/ *Kelli A. Samson*_____.
                                  Kelly A. Samson
                                  Deputy Attorney General
                                  *Attorneys for Defendants*
                                  *Myers, Neumann, Kanan, Cornish, Adams,*
                                  *CCHCS, Singh, CDCR, Kernan, Diaz,*
                                  *Mitchell, Fontanilla, Carrick, Hutchinson,*
                                  *and Ralston*

Dated: November 9, 2018           ___/s/ *Martin H. Dodd*_____.
                                  Martin H. Dodd
                                  Futterman Dupree Dodd Croley Maier LLP
                                  *Attorneys for Defendant*
                                  *Kelso*

Dated: November 12, 2018          ___/s/ *Kevin Love Hubbard*_____.
                                  Kevin Love Hubbard
                                  Medina Orthwein LLP
                                  *Attorneys for Plaintiff*
                                  *Dotson*

<u>ORDER</u>

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1.      Defendants California Correctional Health Care Services (CCHCS), California Department of Corrections and Rehabilitation (CDCR), Deputy Medical Exec. Dr. Jeffrey Carrick, CDCR Secretary Ralph Diaz, and Federal Receiver J. Clark Kelso shall file a response to the First Amended Complaint on or before January 7, 2019;

///

1    2.      All other defendants are dismissed, without prejudice, by operation of law without

2    further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(ii); and

3        3.      The Clerk of the Court is directed to update the docket to reflect the foregoing, and

4    to update the caption of this case as shown above.

IT IS SO ORDERED.

    Dated:   **November 14, 2018**            /s/ *Barbara A. McAuliffe*

                                    UNITED STATES MAGISTRATE JUDGE