IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **EDDIE DOTSON (AKA EDWINA DOTSON),**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | 1:17-cv-01199 AWI-BAM<br><br>**ORDER REGARDING STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE AND STIPULATED BRIEFING SCHEDULE**<br><br>Defendants' Motion to Dismiss Due: January 28, 2019<br><br>Plaintiff's Opposition: March 4, 2019<br><br>Defendants' Reply: March 18, 2019 |

The parties have stipulated to extend the responsive pleading deadline an additional three weeks. Defendants have advised Plaintiff's counsel that they intend to file a motion to dismiss the First Amended Complaint. The parties have further agreed to extend the time for Plaintiff to oppose the motion to dismiss an additional two weeks and for Defendants to have an additional week to file their reply brief.

Based on these stipulations, the parties request that the Court extend the deadline for a responsive pleading, and set the deadlines for a briefing schedule for Defendants' motion to dismiss, as follows:

1

| | |
|---|---|
| Defendants' motion to dismiss: | January 28, 2019 |
| Plaintiff's opposition: | March 4, 2019 |
| Defendants' reply: | March 18, 2019 |

**IT IS SO STIPULATED.**

Dated: December 21, 2018          /s/ *Janet N. Chen*
                                  Janet N. Chen
                                  Deputy Attorney General
                                  *Attorneys for Defendants*
                                  *Diaz, CDCR, CCHCS, and Carrick*

Dated: December 21, 2018          /s/ *Felicia Medina*
                                  Felicia Medina
                                  Medina Orthwein LLP
                                  *Attorneys for Plaintiff*
                                  *Dotson*

ORDER

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' responsive pleading to Plaintiff's first amended complaint is due on or before January 28, 2019;

2. Plaintiff's deadline to file an opposition to Defendants' motion to dismiss, if any, is due on or before March 4, 2019; and

3. Defendants' reply to Plaintiff's opposition, if any, is due on or before March 18, 2019.

IT IS SO ORDERED.

Dated:  **December 27, 2018**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE