# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE DOTSON (a/k/a EDWINA DOTSON),<br><br>          Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>          Defendants. | No.: 1:17-cv-01199 AWI-BAM<br><br>ORDER REGARDING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT J. CLARK KELSO<br><br>(Doc. No. 27) |

Plaintiff Eddie Dotson is a state prisoner proceeding *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. Plaintiff filed a first amended complaint against the California Department of Corrections and Rehabilitation, California Correctional Health Care Services, Scott Kernan, J. Clark Kelso, Jeffrey Carrick, and Does 1-50, on October 30, 2018. (Doc. No. 20.) The deadline to respond to the first amended complaint is January 7, 2019. (Doc. No. 24.)

On December 18, 2018, Plaintiff filed a notice of voluntary dismissal of J. Clark Kelson, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. No. 27.) "[U]nder Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left

as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." *Id*. at 1078.  In this case, no defendant has filed an answer or motion for summary judgment.

Accordingly, it is HEREBY ORDERED that:

1. J. Clark Kelso is terminated from this action by operation of law.  Fed. R. Civ. P. 41(a)(1)(A)(i); and

2. The Clerk of the Court is directed to update the docket and caption in this case, as reflected above.

IT IS SO ORDERED.

Dated: **December 27, 2018**                    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE