1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  CHRISTOPHER J. BECKER, State Bar No. 230529
   Supervising Deputy Attorney General
3  KELLY A. SAMSON, State Bar No. 266927
   Deputy Attorney General
4  JANET N. CHEN, State Bar No. 283233
   Deputy Attorney General
5   1300 I Street, Suite 125
    P.O. Box 944255
6   Sacramento, CA 94244-2550
    Telephone: (916) 210-7319
7   Fax: (916) 324-5205
    E-mail: Janet.Chen@doj.ca.gov
8  *Attorneys for Defendants*
   *Diaz, CDCR, CCHCS, and Carrick*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **EDDIE DOTSON (AKA EDWINA DOTSON),**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | 1:17-cv-01199 AWI-BAM<br><br>**STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |

The parties have stipulated to extend Defendants' deadline to file a reply in support of their motion to dismiss. Defendants' reply is currently due on March 18, 2019. The parties have stipulated to extend the deadline an additional thirty days such that Defendants' reply will be due on April 17, 2019.

The parties are currently engaged in informal settlement discussion. If settlement discussions are unsuccessful, Defendants agree that they will not oppose any motion for leave to

1

file an amended complaint.  Defendants, however, reserve the right to challenge any new operative complaint.

**IT IS SO STIPULATED.**

Dated:  March 13, 2019  /s/ *Janet N. Chen*
Janet N. Chen
Deputy Attorney General
*Attorneys for Defendants*
*Diaz, CDCR, CCHCS, and Carrick*

Dated:  March 13, 2019  /s/ *Felicia Medina*
Felicia Medina
Medina Orthwein LLP
*Attorneys for Plaintiff*
*Dotson*

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, it is HEREBY ORDERED that:

1. The request for an extension of time for Defendants to file a reply, (ECF No. 33), is GRANTED;
2. Defendants' reply in support of their motion to dismiss, if any, is now due on or before April 17, 2019.

IT IS SO ORDERED.

Dated:  **March 18, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE