# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE DOTSON (AKA EDWINA DOTSON),<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No. 1:17-cv-01199-AWI-BAM (PC)<br><br>ORDER APPROVING STIPULATION AND GRANTING STAY OF PROCEEDINGS<br><br>(ECF No. 36) |

On April 9, 2019, Plaintiff Eddie Dotson (aka Edwina Dotson) and Defendants California Department of Corrections and Rehabilitation, California Correctional Health Care Services, Jeffrey Carrick, and Ralph Diaz filed a stipulation with the Court. (ECF No. 36.) In the stipulation, the parties assert that they have agreed to a stay of proceedings until the settlement conference before Magistrate Judge Carolyn K. Delaney on May 6, 2019, at 9:30 a.m. at the U.S. District Court in Sacramento, California. The parties further stipulate that, if the case does not resolve at the May 6, 2019 settlement conference, Plaintiff shall have 21 days to file a motion for leave to file an amended complaint and that Defendants will not oppose Plaintiff's motion for leave to file an amended complaint.

//

///

1

Accordingly, it is HEREBY ORDERED that:

1. All proceedings in this case are stayed until the May 6, 2019 settlement conference before Magistrate Judge Delaney; and
2. If this case does not resolve at the May 6, 2019 settlement conference, Plaintiff may file a motion for leave to file a second amended complaint on or before May 27, 2019.

IT IS SO ORDERED.

Dated:  **April 10, 2019**

_____
UNITED STATES MAGISTRATE JUDGE