# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE DOTSON (AKA EDWINA DOTSON),<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No. 1:17-cv-01199-AWI-BAM (PC)<br><br>ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT CARRICK WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>(ECF No. 41) |

On May 7, 2019, Plaintiff Eddie Dotson aka Edwina Dotson and Defendants California Department of Corrections and Rehabilitation, California Correctional Health Care Services, Jeffrey Carrick, and Ralph Diaz filed a stipulation to dismiss Defendant Carrick from this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 41.) The stipulation is signed and dated by counsel for Plaintiff and counsel for all Defendants who have appeared in the action.

Accordingly, Plaintiff's claims against Defendant Carrick are terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is directed to terminate Defendant Carrick from this action.

IT IS SO ORDERED.

Dated: **May 10, 2019**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

1