# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE DOTSON (AKA EDWINA DOTSON),<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No. 1:17-cv-01199-AWI-BAM (PC)<br><br>ORDER REGARDING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>(ECF No. 44) |

On September 17, 2019, Plaintiff Eddie Dotson aka Edwina Dotson and Defendants California Department of Corrections and Rehabilitation, California Correctional Health Care Services, and Ralph Diaz filed a stipulation to dismiss this entire action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 44.) The stipulation states that each party shall bear its own litigation costs and attorney's fees. Finally, the stipulation is signed and dated by counsel for Plaintiff and counsel for all Defendants.

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 19, 2019**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

1